IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY BISHOP, JOHN PRIVETT, LAURA CEROSSIMO, LOLLY COMEAUX, VIRGINIA DELAHOUSSAYE, EDWARD FIERCE, GUY FOUNTAIN, LISA HELMS, ROGER D. HENDERSON, HARRY HYLER, NOVEDA KRESS, SHAMIYA LINZIE, SONDRA MALONE, DAVID MILLER, CORA NOBLES, RICHARD PAINTER, JENNIFER PAJTIS, WAYNE PLADSON, CAYE POPE, HELEN RILEY, LARRY SHIELDS, ANDRE SMITH, and GREGORY WYRICK, <br><br> Plaintiffs, <br><br> v. <br><br> CORDIS CORPORATION, <br><br> Defendant. | No. C 16-07272 WHA <br><br> **ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA** |

A prior order required the parties to show cause why this action should not be remanded for lack of subject-matter jurisdiction for the same reasons set forth in Judge Edward Chen's order and recently affirmed by our court of appeals in *Dunson v. Cordis Corp.*, 854 F.3d 551 (9th Cir. 2017). The deadline to show cause has passed with no response from either side. Accordingly, this action is **REMANDED** to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: June 29, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE